| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Briccetti, Vincent L. | U.S. District Court for the Southern District of New York | 01/05/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☑ Nomination. Date 01/05/2011 ☐ Initial ☐ Annual ☐ Final | 01/01/2010 to 12/22/2010 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 81 Main Street, Suite 450 White Plains, NY 10601 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Briccetti, Calhoun & Lawrence, LLP |
| 2. President | Primeview Associates, Inc. |
| 3. Trustee | Trust #1 |
| 4. Director/Treasurer | Federal Defenders of New York, Inc. |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2010 | Briccetti, Calhoun & Lawrence, LLP | $203,851.00 |
| 2. | 2009 | Briccetti, Calhoun & Lawrence, LLP | $207,508.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Greenwich Anesthesiology Associates, P.C. - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(includes those to spouse and dependent children; see pp 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1 Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Dovenmuehle Mortgage Inc. | Mortgage partially on rental property | M |
| 2. Citibank | Student Loan | K |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Rental Property #1, South Salem, NY (1993, $62,458) | D | Rent | L | R | Exempt | | | | |
| 2. | Chase Bank, Various Accounts | A | Interest | L | T | | | | | |
| 3. | Fidelity Growth Company Fund | A | Dividend | K | T | | | | | |
| 4. | Fidelity NY Muni MM Fund | A | Dividend | J | T | | | | | |
| 5 | NMIS General NY Muni MM Fund Class B | | None | K | T | | | | | |
| 6. | Vanguard NY LT Tax-Exempt Fund Investor | A | Dividend | J | T | | | | | |
| 7. | IRA #1 | B | Dividend | L | T | | | | | |
| 8. | - Vanguard Growth & Income Fund | | | | | | | | | |
| 9. | - Vanguard 500 Index Fund | | | | | | | | | |
| 10. | - Vanguard Windsor II Fund | | | | | | | | | |
| 11 | - Vanguard Wellington Fund | | | | | | | | | |
| 12. | IRA #2 | B | Dividend | M | T | | | | | |
| 13. | - Vanguard Growth & Income Fund | | | | | | | | | |
| 14. | - Vanguard 500 Index Fund | | | | | | | | | |
| 15. | - Vanguard Windsor II Fund | | | | | | | | | |
| 16. | - Vanguard Wellington Fund | | | | | | | | | |
| 17. | 401 (K) #1 | | None | N | T | | | | | |

1. Income Gain Codes:
   (See Columns B1 and D4)
   A =$1,000 or less
   F =$50,001 - $100,000
   B =$1,001 - $2,500
   G =$100,001 - $1,000,000
   C =$2,501 - $5,000
   H1 =$1,000,001 - $5,000,000
   D =$5,001 - $15,000
   H2 =More than $5,000,000
   E =$15,001 - $50,000

2. Value Codes
   (See Columns C1 and D3)
   J =$15,000 or less
   N =$250,001 - $500,000
   P3 =$25,000,001 - $50,000,000
   K =$15,001 - $50,000
   O =$500,001 - $1,000,000
   L =$50,001 - $100,000
   P1 =$1,000,001 - $5,000,000
   P4 =More than $50,000,000
   M =$100,001 - $250,000
   P2 =$5,000,001 - $25,000,000

3. Value Method Codes
   (See Column C2)
   Q =Appraisal
   U =Book Value
   R =Cost (Real Estate Only)
   V =Other
   S =Assessment
   W =Estimated
   T =Cash Market

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - American Funds The Growth Fund of America | | | | | | | | | |
| 19. - Wellington Management Company Mid Cap Stock Fund | | | | | | | | | |
| 20. - Franklin Templeton Investments International Value Fund | | | | | | | | | |
| 21. - American Funds EuroPacific Growth Fund | | | | | | | | | |
| 22. - American Funds American Balanced Fund | | | | | | | | | |
| 23. - MFC Global Investment Mgmt. Small Cap Index Fund | | | | | | | | | |
| 24. - MFC Global Investment Mgmt. Mid Cap Index Fund | | | | | | | | | |
| 25. - PIMCO Total Return Fund | | | | | | | | | |
| 26. - PIMCO Real Return Fund | | | | | | | | | |
| 27. - Russell Investment Group Russell Balanced Fund | | | | | | | | | |
| 28. 401 (K) #2 | C | Dividend | M | T | | | | | |
| 29. - Vanguard Wellington Fund | | | | | | | | | |
| 30. Northwestern Mutual Whole Life Policy | B | Dividend | L | T | | | | | |
| 31. Northwestern Variable Life Policy #1 | A | Dividend | K | T | | | | | |
| 32. - Northwestern MM | | | | | | | | | |
| 33. - Northwestern Balanced | | | | | | | | | |
| 34. - Northwestern Index 500 Stock | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes: (See Columns C1 and D3)
3. Value Method Codes: (See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Northwestern Growth Stock | | | | | | | | | |
| 36. - Northwestern Index 400 Stock | | | | | | | | | |
| 37. - Northwestern Small Cap Growth Stock | | | | | | | | | |
| 38. - Russell Real Estate Securities | | | | | | | | | |
| 39. Northwestern Variable Life Policy #2 | B | Dividend | K | T | | | | | |
| 40. - Northwestern MM | | | | | | | | | |
| 41. - Northwestern Balanced | | | | | | | | | |
| 42. - Northwestern Index 500 Stock | | | | | | | | | |
| 43. - Northwestern Growth Stock | | | | | | | | | |
| 44. - Northwestern Index 400 Stock | | | | | | | | | |
| 45. - Northwestern Small Cap Growth Stock | | | | | | | | | |
| 46. - Russell Real Estate Securities | | | | | | | | | |
| 47. New York 529 College Savings Plan | B | Dividend | K | T | | | | | |
| 48. - Interest Accumulation Portfolio | | | | | | | | | |
| 49. - Aggressive Age-Based Option: Income Portfolio | | | | | | | | | |
| 50. Trust #1 | D | Int./Div. | M | T | | | | | |
| 51. - DWS High Income Plus Fund | | | | | | | | | |

1 Income Gain Codes: (See Columns B1 and D4)
A = $1,000 or less
B = $1,001 - $2,500
C = $2,501 - $5,000
D = $5,001 - $15,000
E = $15,001 - $50,000
F = $50,001 - $100,000
G = $100,001 - $1,000,000
H1 = $1,000,001 - $5,000,000
H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less
K = $15,001 - $50,000
L = $50,001 - $100,000
M = $100,001 - $250,000
N = $250,001 - $500,000
O = $500,001 - $1,000,000
P1 = $1,000,001 - $5,000,000
P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000
P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash Market
U = Book Value
V = Other
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 01/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. – DWS NY Tax Free Income Fund | | | | | | | | | |
| 53. – Croton Harmon NY Union Free School Ta x Ex Muni Bond | | | | | | | | | |
| 54. – Monroe Cnty NY ARPT Auth Rev Tax Ex Muni Bond | | | | | | | | | |
| 55. – NY Insured Municipal Income Trust Series No. 190 | | | | | | | | | |
| 56. – NY Insured Municipal Income Trust Series No. 160 | | | | | | | | | |
| 57. – NY Insured Municipal Income Trust Series No. 171 | | | | | | | | | |
| 58. – Edward Jones MM | | | | | | | | | |
| 59. – MetLife Investors Fixed Annuity | | | | | | | | | |

1 Income Gain Codes.    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Briccetti, Vincent L. | 01/05/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Briccetti, Vincent L. | 01/05/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 81 | 070 | Notes payable to banks – secured (auto loans) | | 23 | 212 |
| U.S. Government securities | | | | Notes payable to banks – unsecured (college loans) | | 17 | 650 |
| Listed securities – see schedule | | 904 | 620 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 5 | 000 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable—primary residence (including rental unit) | | 194 | 244 |
| Real estate owned—primary residence (including rental unit) | | 900 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 60 | 000 | | | | |
| Cash value-life insurance | | 147 | 972 | | | | |
| Other assets itemize: | | | | | | | |
| New York 529 College Savings Plan | | 22 | 312 | | | | |
| Interest in Law Firm | | 200 | 000 | | | | |
| Thrift Savings Plan | | | 33 | Total liabilities | | 240 | 106 |
| | | | | Net Worth | 2 | 075 | 901 |
| Total Assets | 2 | 316 | 007 | Total liabilities and net worth | 2 | 316 | 007 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor on leases or contracts | | | | Are any assets pledged? (Add schedule) | NO | | |
| Legal Claims | | | | Are you defendant in any suits or legal actions? | NO | | |
| Provision for Federal Income Tax | | | | Have you ever taken bankruptcy? | NO | | |
| Other special debt | | | | | | | |